to me to assist in the investigation.

I arrived at 4 Kimberly Drive in the Village of Geneseo and interviewed Terrence and Janna O'Brien. Janna stated that Terrence and her located a large amount of text messages from a subject labeled "Kenna" in her phone. After looking at Kenna's phone number of 585-478-6500, she found it was the same phone number as Austin Pratt, the Athletic Trainer at the school. Janna had Austin's phone number saved in her phone due to the fact Teagan was being treated for a sports-related injury, and she had phone conversations with Austin about her treatments. A Gen'l 4 Supporting Deposition was completed with Jenna O'Brien. A copy of the Supporting Deposition is attached as an enclosure.

Terrence O'Brien signed a Voluntary Consent to Search Cell Phone Form to have his phone he allows Teagan to use examined. A copy of the Voluntary Consent to Search Cell Phone Form is attached as an enclosure.

Terrence also allowed a buccal swab to be taken from Teagan to be used as a control for the examination of her bedding. Both Teagan and Terrence signed the Lab 36 Voluntary Consent to Obtain Tissue Sample By Oral Swabbing for Forensic DNA Analysis. A buccal swab was then taken from Teagan and secured into evidence. A copy of the consent form is attached as an enclosure.

Investigator Kleinhans and I then responded to SP Wayland that is near Austin Pratt's residence located at 112 W. Naples Street in the Village of Wayland. Austin was contacted and voluntarily responded to SP Wayland. Austin was interviewed in SP Wayland's Interview Room that is equipped with audio and video recording capabilities. The audio and visual equipment was utilized for the interview, and the entire duration of the interview was recorded. Austin stated he was employed by F.F. Thompson Health as an Outreach Athletic Trainer and has been in the field since 2011. Recently, in October 2018 he was contracted to the Geneseo High School. In the first few weeks of being at Geneseo High School, Teagan O'Brien came in for treatments due to having a fractured heel. Teagan was eventually referred to a doctor for specialized treatment due to the injury not healing. Teagan however still was coming down to his office, and the two of them would talk about her injury. After a couple of weeks of Teagan coming to see him the relationship changed and they began to speak outside of school through text messaging and Instagram Direct Messaging. The conversations were nonchalant at the beginning but then turned sexual. Teagan sent a handful of nude pictures exposing her breasts and vagina. Austin also sent nude photographs exposing his penis. On December 31st, 2018 at approximately 11:30 a.m. Austin arrived at Teagan's house. The two of them were home alone, and they went upstairs to Teagan's bedroom. The two began to kiss, and Teagan performed oral sex on Austin by placing her mouth onto his penis. After oral sex, the two of them had sexual intercourse where Austin put his penis into her vagina. After sex, the two of them hung out until about 2:30 p.m. when Austin had to leave to go to work.

During the interview, Austin produced his Samsung S7 in which he stated he used to communicate and send photographs to Teagan. Austin showed me an "App" on his phone called "Calculator." The App is a covert photo album. Austin provided the pin of 1003% to access the collections. He then proceeded to show me pictures of Teagan that were saved on his phone. None of the photograph's contained nudity. The phone was secured, and Austin was advised the phone would be examined. Austin was informed of his Miranda Rights and continued the interview. Austin was asked to give a buccal swab in which he agreed. A Voluntary Consent to Obtain Tissue Sample by Oral Swabbing for Forensic DNA Analysis was signed by Austin. A copy of the consent form is attached as an enclosure. A buccal swab was taken from Austin and secured into evidence. A Gen'l 19 Voluntary Written Statement was completed and signed by Austin Pratt. Austin then signed a Voluntary Consent to Search Cell Phone Form for the examination of his cell phone. A copy of the Gen'l 19 Voluntary Writen Statement and consent form is attached are attached as enclosures.

At the completion of the interview, Austin was transported to SP Geneseo for processing. A Gen'l 116 Personal Effect Inventory Record was completed. A copy of the Gen'l 116 Personal Effect Inventory Record is attached as an enclosure. Livingston County First Assistant District Attorney Victor Rowcliffe was contacted and advised of the investigation. Austin Pratt was charged with Rape 3rd Degree, Criminal Sex Act 3rd Degree and Endangering the Welfare of a Child. A bail recommendation of $10,000 cash or $20,000 bond was requested by ADA Rowcliffe. Austin was transported to the Livingston County Jail to await arraignment per Livingston County's Centralized Arraignment procedures.

All evidence was secured was transported SP Rochester and secured in the BCI Evidence Locker. A Gen'l 2 Evidence Record was completed, and a copy is attached as an enclosure.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 01/13/2019 | 01/13/2019 | BERNHARDT, ALLAN (INV) |
| Narrative | | |

Austin Pratt arraignment.

On January 13th, 2018 at 7 a.m. Austin was arraigned in Livingston County Centralized Arraignment in front of Justice Jeannie